CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, CA 95113
    Telephone: (408) 535-5045
    E-mail: jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>JOSAPHAT CORRAL,<br><br>      Defendant. | Case No. 5:26-cr-00200-PCP<br><br>STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM JUNE 11, 2026, TO JULY 1, 2026 AND [PROPOSED] ORDER |

Following a detention hearing before the Court on June 11, 2026, the Court scheduled this case for an appearance for a status conference before the Hon. U.S. District Judge P. Casey Pitts for July 1, 2026.

The parties agree that the time from June 11, 2026 to July 1, 2026 should be excluded under the Speedy Trial Act to permit defense counsel the time necessary to receive and review discovery with Mr. Corral and to allow for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 11, 2026, to July 1, 2026 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 5:26-cr-00200-PCP

1

IT IS SO STIPULATED.

DATE: June 15, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jeff Nedrow*
JEFFREY D. NEDROW
Assistant United States Attorney

*/s/ (per authorization)*
JESSICA YU
Counsel for Defendant Josaphat Corral

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that time is excluded from the time computations of the Speedy Trial Act from June 11, 2026 to July 1, 2026, to allow for the effective preparation of counsel. The Court finds that failing to exclude time from June 11, 2026 to July 1, 2026 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between June 11, 2026 to July 1, 2026 outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: ___June 15, 2026_____

HONORABLE VIRGINIA K. DEMARCHI
United States Magistrate Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 5:26-cr-00200-PCP
2