UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSAPHAT CORRAL,<br><br>Defendant. | Case No.  26-cr-00200-PCP-1   (VKD)<br><br>**ORDER REQUESTING STATUS REPORT RE POSTING OF PROPERTY** |

On June 11, 2026, the Court indicated that it was prepared to release defendant Josaphat Corral on bond and conditions as soon as security was posted.  Dkt. No. 10.  If property is not posted as ordered by **July 6, 2026**, the parties shall jointly advise the Court of the status of the efforts to post property as security and whether any alternative security can be posted to permit Mr. Corral's release.

**IT IS SO ORDERED.**

Dated: July 1, 2026

Virginia K. DeMarchi
United States Magistrate Judge