United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSAPHAT CORRAL,

Defendant.

Case No.  26-cr-00200-PCP-1   (VKD)

**ORDER FOR RELEASE FROM CUSTODY ON JULY 3, 2026 AT 8:00 A.M.**

Defendant Josaphat Corral appeared for a detention hearing on June 11, 2026.  For the reasons explained on the record during the hearing, the Court orders Mr. Corral released on the bond and conditions of release filed contemporaneously with this order.  Mr. Corral shall be released from the custody of the United States Marshals Service on **July 3, 2026 at 8:00 a.m.** Upon his release, Mr. Corral shall be transported directly by one or both of his custodians to the New Bridge Foundation, located at 2323 Hearst Ave., Berkeley, California, so that he may be admitted to the residential treatment program **no later than 11:00 a.m. on July 3, 2026**.

**IT IS SO ORDERED.**

Dated: July 2, 2026

Virginia K. DeMarchi
United States Magistrate Judge